Order issued October *17* , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00216-CV

**MERITAGE HOMES OF TEXAS, LLC, Appellant**

**V.**

**THE STODDARD GROUP, LTD., Appellee**

## ORDER

We **GRANT** appellant's October 12, 2012 motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before November 15, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE